UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Suman Gurung,<br>Petitioner,<br>v.<br>Officer In Charge, *et al.*,<br>Respondents. | Case No. 5:26-cv-01968-FMO-DMK<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Petition is denied without prejudice;
3. Judgment shall be entered consistent with this Order; and
4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: July 27, 2026

/s/

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE