JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Suman Gurung,

                                        Petitioner,

    v.

Officer In Charge, *et al.*,

                                  Respondents.

Case No. 5:26-cv-01968-FMO-DMK

**JUDGMENT**

      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed without prejudice.

DATED:  July 27, 2026

                                 /s/
                       HON. FERNANDO M. OLGUIN
                       UNITED STATES DISTRICT JUDGE